UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM SLATER,

        Plaintiff,

-vs-                                              Case No. 6:10-cv-305-Orl-19GJK

UNIVERSAL ENGINEERING SCIENCES,
INC., URS CORPORATION f/k/a URS
Grenier Woodward-Clyde International-
Americas, Inc., and U.S. ARMY CORPS OF
ENGINEERS,

        Defendants.
_____

# ORDER

      This case comes before the Court on the Notice of Voluntary Dismissal Without Prejudice as to Defendant Universal Engineering Sciences, Inc. by Plaintiff William Slater. (Doc. No. 11, filed Mar. 11, 2010.)

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. On March 11, 2010, Plaintiff William Slater filed a notice of voluntary dismissal against Defendant Universal Engineering Sciences, Inc. (Doc. No. 11.) As of that date, Universal Engineering Sciences, Inc. had not served an answer or a motion for summary judgment. Accordingly, this case is dismissed without prejudice as to Defendant Universal Engineering Sciences, Inc.

## Conclusion

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** as to Defendant Universal Engineering Sciences, Inc. The Motion to Dismiss Complaint by Defendant Universal Engineering Sciences, Inc. (Doc. No. 5) is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 18, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record